UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20538-Civ-COOKE/GOODMAN

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH PA, as
subrogee,

      Plaintiff,

vs.

HMY YACHT SALES, INC., a Florida
Corporation, FREEDOM YACHT,

      Defendant.
_____/

# ORDER GRANTING IN PART DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

THIS MATTER comes before me on Defendant HMY Yacht Sales, Inc.'s Motion to Dismiss for Failure to State a Claim (ECF No. 19). I have reviewed Defendant's Motion, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on August 22, 2018.

For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** that HMY Yacht Sales, Inc.'s Motion to Dismiss for Failure to State a Claim is **GRANTED** *in part* and **DENIED** *in part* as follows:

- The Court **GRANTS** Defendant's motion to dismiss Count I and this count is **DISMISSED** *with prejudice*.
- The Court **DENIES** Defendant's motion to dismiss in all other respects.

**DONE and ORDERED** in chambers at Miami, Florida, this 23rd day of August 2018.

                                                  MARCIA G. COOKE
                                                  United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*